

# Fourth Court of Appeals
## San Antonio, Texas

March 25, 2019

No. 04-19-00126-CV

Jose Andres **GARZA,**
Appellant

v.

Amanda G. **ESPARZA,**
Appellee

From the 406th Judicial District Court, Webb County, Texas
Trial Court No. 2018FLG002494-D4
Honorable Oscar J. Hale, Jr., Judge Presiding

# O R D E R

Appellant has requested the trial court clerk and court reporter to prepare and file a record in this appeal, and he filed an affidavit of indigency in the trial court on March 19, 2019. If a party, the clerk, or the court reporter seek to require appellant to pay costs, we **order** they must file a motion in the trial court **by April 4, 2019** in conformity with Texas Rule of Civil Procedure 145(f). If a motion is timely filed, we **order** the trial court to immediately set a hearing, giving notice as required by Rule 145(f)(5), and to make written findings, which must be filed in this court **no later than April 24, 2019.**

We further **order** the clerk of this court to serve a copy of this order on the parties, the trial court clerk, the court reporter, and the trial court.

_Luz Elena D. Chapa_
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 25th day of March, 2019.

_Keith E. Hottle_
KEITH E. HOTTLE,
Clerk of Court